# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES P. LAMOUNTAIN, )<br>*doing business as* )<br>Huguenot Farms @ Bondett Hill )<br>"New Oxford" Massachusetts circa 1687, )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>ROBERT MCCOLLUM, ET AL, )<br>    Defendant(s) ) | CIVIL ACTION NO. 3:09-cv-40210-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Robert McCollum, et al, against the plaintiff James P. LaMountain, d/b/a, pursuant to the court's memorandum and order entered this date, granting defendant's motion to dismiss.

                                        **SARAH A. THORNTON**,
                                        CLERK OF COURT

Dated: April 16, 2010                  By /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
    [jgm.]